Brian Schulman (Bar #016008)
schulmanb@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5400
Facsimile: (602) 798-5595

M. Norman Goldberger (admitted *pro hac vice*)
goldbergerm@ballardspahr.com
William B. Igoe (admitted *pro hac vice*)
igoew@ballardspahr.com
Lauren Engelmyer (admitted *pro hac vice*)
engelmyerl@ballardspahr.com
BALLARD SPAHR LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8850
Facsimile: (215) 864-8999

Nathaniel Botwinick (admitted *pro hac vice*)
botwinickn@ballardspahr.com
BALLARD SPAHR LLP
1675 Broadway, 19th Fl.
New York, NY 10019
Telephone: (646) 346-8004
Facsimile (212) 223-1942

*Attorneys for Defendants Fred W. Wagenhals, Jared R. Smith, Robert D. Wiley, Russel William Wallace, Jr., Richard Childress, Jessica Lockett, Steve F. Urvan, Christos Tsentas, Wayne Walker, Randy Luth, Robert J. Goodmanson, Harry Markley and Ammo, Inc.*

[Additional Counsel on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re AMMO, Inc. Stockholder Derivative Litigation, | Lead Case No.: 2:24-cv-02969-SMB |
| This Document Relates to:<br><br>ALL ACTIONS | **PARTIES' JOINT STIPULATED AND UNOPPOSED MOTION FOR STAY** |

Plaintiffs George LeBoeuf ("LeBoeuf") and April Ruebsamen ("Ruebsamen," and collectively with LeBoeuf, "Plaintiffs"), derivatively on behalf of Ammo, Inc. ("Ammo"

or the "Company"), nominal defendant Ammo, and defendants Fred W. Wagenhals, Jared R. Smith, Robert D. Wiley, Russell William Wallace, Jr., Richard Childress, Jessica Lockett, Steve F. Urvan, Christos Tsentas, Wayne Walker, Randy Luth, Robert J. Goodmanson, and Harry Markley (collectively, "Individual Defendants" and with Ammo, "Defendants"), by and through undersigned counsel, respectfully jointly move this Court, stipulated and unopposed, for a stay of all deadlines in this Consolidated Derivative Action, including any discovery and the date for responding to any complaints, subject to the following terms and conditions:

1. These consolidated cases are derivative actions filed by Plaintiffs on behalf of the Company against the Individual Defendants. These actions are related to a putative securities class action previously filed in this Court captioned *Larmay v. Ammo, Inc., et al.*, 24-cv-02619-PHX-DJH (the "*Larmay* action"). The *Larmay* action is governed by the provisions of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4 of the Securities Exchange Act of 1934 (the "Exchange Act"). Pursuant to a stipulated motion granted in the *Larmay* action, all deadlines in that action are postponed until after the appointment of lead plaintiff and the parties submit a schedule relating to the filing of any amended complaint.

2. Plaintiffs and Defendants all agree that it is in the best interests of the parties, including the Company, and will preserve party and judicial resources to stay these consolidated derivative actions until the earlier of any of the following events (the "Termination Date"): (i) the related *Larmay* action is dismissed with prejudice; (ii) any defendant in the *Larmay* action files an answer in that case, or (iii) fourteen days after Plaintiffs provide a termination notice to counsel for Defendants via email and file the notice with the Court if and after a related derivative action is not stayed for a similar or longer duration and Plaintiffs elect to terminate the stay.

3. Defendants shall promptly notify Plaintiffs of any related derivative actions or shareholder books and records requests or litigation demands.

2

4. Defendants shall promptly notify Plaintiffs if a related derivative action is not stayed for a similar or longer duration.

5. In the event that any discovery is provided by any defendant in the *Larmay* action or in any related derivative action, or that any documents are produced by the Company in response to any shareholder books and records request, Defendants shall contemporaneously provide copies of that discovery or books and records production to undersigned counsel for Plaintiffs, conditioned on the agreement by Plaintiffs and their counsel to the terms of a customary confidentiality agreement and/or protective order, agreeable to all parties.

6. Plaintiffs may file an Amended Consolidated Derivative Complaint during the stay, but doing so has no impact on the stay. In the event Plaintiffs file an Amended Consolidated Derivative Complaint during the stay, Defendants shall answer, move, or otherwise respond to the Amended Consolidated Derivative Complaint within sixty (60) days of the Termination Date. If Plaintiffs do not file an amended complaint during the stay, Plaintiffs shall have thirty (30) days after the Termination Date to file an Amended Consolidated Derivative Complaint or, in the alternative, to advise Defendants that they intend to rest on the existing complaint filed in the LeBoeuf action (the "Complaint"). In such case, Defendants shall answer, move, or otherwise respond to the Amended Consolidated Derivative Complaint or the Complaint, as the case may be, within sixty (60) days after Plaintiffs file an Amended Consolidated Derivative Complaint or advise Defendants of their decision to rest on the Complaint. If any Defendant files a motion to dismiss the operative complaint (either the Amended Consolidated Derivative Complaint or the Complaint), or any other motion available to any Defendant, Plaintiffs shall file any response within sixty (60) days after service of the Defendants' motion(s). Defendants may file a reply within thirty (30) days after Plaintiffs' response.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

7. Plaintiffs and their counsel shall promptly be given notice by Defendants upon the scheduling of any mediation that may be held in the *Larmay* action and Defendants shall invite Plaintiffs to participate therein.

8. Plaintiffs and their counsel shall promptly be given notice by Defendants upon the scheduling of any mediation that may be held in any related derivative action and Defendants shall invite Plaintiffs to participate therein.

9. Defendants' position is that the stay of this action until the filing of any answer or the dismissal of the *Larmay* action will not prejudice any party, will reduce the burden on Defendants, including the Company, will preserve party and judicial resources, avoid duplicative litigation, avoid potentially inconsistent results, and serve the interests of justice. A stay is therefore warranted. *See, e.g.*, *Dependable Highway Exp., Inc., v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007); *Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (1936). Plaintiffs do not oppose Defendants' position and agree to the relief requested in this motion.

10. Plaintiffs and Defendants submit that this is the first request for a stay of the deadlines and that the stay is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party or non-party.

11. Counsel for Plaintiffs and Defendants further certify that they have complied with the requirements of D.C.AZ.LRCiv 6.1 and D.C.AZ.LRCiv 7.3. The parties have conferred and have identified the good faith basis for their request (as set forth above), and the relief requested is sought jointly by all parties.

Accordingly, and for good cause shown, Plaintiffs and Defendants jointly request that this Court grant this stipulation and joint motion staying the pending consolidated derivative actions (including vacating all pending conferences and deadlines) under the terms and conditions set forth above. This request is being made without prejudice to any party's right to seek interim relief and without waiver of any defense that may be raised.

**IT IS SO STIPULATED.**

/ / /

4

RESPECTFULLY SUBMITTED this 31st day of January, 2025.

**BALLARD SPAHR LLP**

By: /s/ *Brian Schulman*
    Brian Schulman
    1 East Washington Street, Suite 2300
    Phoenix, AZ 85004-2555

    M. Norman Goldberger (admitted *pro hac vice*)
    William B. Igoe (admitted *pro hac vice)*
    Lauren Engelmyer (admitted *pro hac vice)*
    1735 Market St., 51st Floor
    Philadelphia, PA 19103

    Nathaniel Botwinick (admitted *pro hac vice*)
    1675 Broadway, 19th Fl.
    New York, NY 10019

*Attorneys for Defendants Fred W. Wagenhals, Jared R. Smith, Robert D. Wiley, Russel William Wallace, Jr., Richard Childress, Jessica Lockett, Steve F. Urvan, Christos Tsentas, Wayne Walker, Randy Luth, Robert J. Goodmanson, Harry Markley and Ammo, Inc.*

**MARTIN & BONNETT, P.L.L.C.**

By: /s/ *Jennifer Kroll (with permission)*
    Susan Martin (AZ#014226)
    Jennifer Kroll (AZ#019859)
    4647 N. 32nd Street, Suite 185
    Phoenix, AZ 85018
    Telephone: (602) 240-6900
    Facsimile: (302) 777-0301
    Email: smartin@martinbonnett.com
           jkroll@martinbonnett.com

*Local Counsel for Plaintiffs George Leboeuf and April Ruebsamen and Liaison Counsel for Plaintiffs*

**GAINEY MCKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Telephone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

5

*Counsel for Plaintiff George Leboeuf and Co-Lead Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff April Ruebsamen and Co-Lead Counsel for Plaintiffs*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2025, I electronically transmitted the foregoing document to the U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Brian Schulman*